RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 25 2015

82,800-01

Dear Abel Acosta                                    2/21/2015
today I recieved ~~Abel Acosta, Clerk~~ a letter from
my son STEVE ALBERT CARL DARNELL
TDC# 1425912 @ the Ellis unit in Huntsville,
the card he sent me was one he recieved from
the court of criminal appeals, dated 1/30/2015
stating

"On this day, the application for 11.07 writ of
Habeas Corpus has been recieved and presented
to the court."

well the thing is Steve was sentenced
seven years ago, he appealed it & his appeal
was denied. what we dont understand is
how we get such a notice seven years later?

I think Somehow someway someone has
confused my two sons because my son Stacy
Darnell was sentenced on Dec 1st 2014 and is
trying to appeal? I dont know now on earth
the two of them could have been confused but
it makes more sense than the court of appeals
recieving the application for 11.07 writ of Habeas
Corpus on Steve seven years after he was
sentenced.

My son Stacy had an old TDC#
that they first gave him ~~back~~ back when
they sent him to Middelton transfer unit in
Abeline back in Dec but almost immidently they
issued him a new TDC# Which is 1964522
and he is now on Allred unit

Stacy Allen Darnell #1964522
Allred unit
2101 FM 369 N
Iowa Park Tx 76367

this is the son the S. Darnell filing application

for 11.07 writ of Habeas Corpus, can you please look into this matter and get it corrected?

Thank You!

Sincerely

Barbara Darnell
(mother of S&S Darnell)
207 Bluff view drive
Brownwood, Tx 7680